| | |
|---|---|
| CenturyLink Communications, LLC, Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc. and WilTel Communications, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Kansas Fiber Network, LLC,<br><br>    Defendant. | No. 4:18-CV-1006-GAF |

## FED. R. CIV. P. 41(a)(1)(A)(ii) JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties hereby stipulate to the dismissal of this case with prejudice, with each party to bear its own costs.

Dated: June 25, 2020.                                                    Respectfully submitted,

By: /s/ *Charles W. Steese*
Karrie J. Clinkinbeard #51413
Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Telephone:   816.221.3420
Fax:   816.221.0786
kclinkinbeard@armstrongteasdale.com
Charles W. Steese (Pro hac vice)
Douglas N. Marsh (Pro hac vice)
4643 South Ulster Street Suite 800
Denver, Colorado 80237
Telephone:   (720) 200-0676
Fax:   (720) 200-0679
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
*Attorneys for Plaintiffs*

By: /s/ *Mark B. Sweet*
Jean Paul Bradshaw II #31800
LATHROP GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
Tel: 816.292.2000
Fax: 816.292.2001
jbradshaw@lathropgage.com

Bennett L. Ross (admitted pro hac vice)
Mark B. Sweet (admitted pro hac vice)
Wesley E. Weeks (admitted pro hac vice)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: 202.719.7000
Fax: 202.719.7049
bross@wiley.law
msweet@wiley.law
wweeks@wiley.law
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I, Vanessa Sanchez, hereby certify that on June 25, 2020, I electronically filed the foregoing with the court which will send notifications to all parties of record.

                                            /s/ *Vanessa Sanchez*
                                            Vanessa Sanchez